# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mazzone, James P. | U.S. District Court, West Virginia Northern District | 01/08/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full Time | ☐ Nomination Date<br>☑ Initial ☐ Annual ☐ Final | 01/01/2017 to 02/28/2019 |
|  | 5b. ☒ Amended Report |  |

**7. Chambers or Office Address**

United States District Court for the Northern District of West Virginia
1125 Chapline Street
Wheeling WV 26003

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Treasurer (1/1/18-9/3/18) | WV Judicial Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2001 | State of WV: Judicial Pension * |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | State of WV - Circuit Judge | $122,638.00 |
| 2. 2017 | State of WV - Circuit Judge | $121,673.00 |
| 3. 2018 | State of WV - Circuit Judge | $87,641.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Brooke County Board of Education - Executive Administrative Assistant |
| 2. 2017 | Brooke County Board of Education - Executive Administrative Assistant |
| 3. 2018 | Brooke County Board of Education - Executive Administrative Assistant |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mazzone, James P. | 01/08/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Mastercard | Credit Card | K |
| 2. VISA | Credit Card | J |
| 3. Citi Bank | Credit Card | J |
| 4. Capitol One | Credit Card | J |
| 5. Bank of America | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Mazzone, James P. | 01/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Smart 529 WV Prepaid Tuition Plan | B | Interest | J | T | Exempt | | | | |
| 2. JP Morgan Cash Account | A | Interest | J | T | Exempt | | | | |
| 3. JP Morgan IRA Deposit Sweep Money Market Fund | A | Interest | K | T | Exempt | | | | |
| 4. Investment Managers Service | A | Dividend | K | T | Exempt | | | | |
| 5. JP Morgan Fleming Mutual Fund | A | Dividend | J | T | Exempt | | | | |
| 6. JP Morgan TR 1 - Equity | B | Dividend | K | T | Exempt | | | | |
| 7. JP Morgan TR 1 - Equity Inc | A | Dividend | K | T | Exempt | | | | |
| 8. MFS Ser TR 1 | A | Dividend | K | T | Exempt | | | | |
| 9. Rowe T Price Blue Chip | B | Dividend | K | T | Exempt | | | | |
| 10. Select Sector Spdr Fund | A | Dividend | J | T | Exempt | | | | |
| 11. Select Sector Spdr Trust | A | Dividend | K | T | Exempt | | | | |
| 12. Tributary FDS Inc | A | Dividend | J | T | Exempt | | | | |
| 13. Vanguard Specialized | A | Dividend | J | T | Exempt | | | | |
| 14. Vanguard World Fund | A | Dividend | J | T | Exempt | | | | |
| 15. Doubleline FDS TR | A | Dividend | K | T | Exempt | | | | |
| 16. JP Morgan TR II | A | Dividend | L | T | Exempt | | | | |
| 17. Mainstay FDS/TR | B | Dividend | K | T | Exempt | | | | |
| 18. Pimco Total Return | B | Dividend | K | T | Exempt | | | | |
| 19. Pimco Income Fund | C | Dividend | L | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mazzone, James P. | 01/08/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

CONTINUATION OF PART II - AGREEMENTS
Filer ceased making any financial contributions to
plan on 9/3/18.  Filer is not eligible to receive any
benefits until after 11/6/27

| Name of Person Reporting | Date of Report |
|---|---|
| Mazzone, James P. | 01/08/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James P. Mazzone**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544